**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CRIM. NO. RDB-17-0285 |
| **v.** | : | |
| | : | |
| **MICHAEL McKENZIE TALLEY** | : | |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses without prejudice the Indictment in criminal case number RDB-17-0285 as to Michael McKenzie Talley. The reason is that the defendant has been convicted of and is awaiting sentencing in a difference criminal case, criminal case number RDB-17-0248.

                                                             Robert K. Hur
                                                           United States Attorney


                                                           By: _____/s/_____
                                                           Michael C. Hanlon
                                                           Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.


_____
Date

                                                           _____
                                                           Hon. Richard D. Bennett
                                                           United States District Judge

------------------------------------------------------------

**Advice to U.S. Marshal**      Defendant is in custody and the USAO believes that the defendant should be held in Federal custody.